**FILED**

SEP 2 8 2007

AO 240 (Rev. 9/96)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

District of _____

ROBERT BREHM
Plaintiff

V

Department of Defense
central Intelligence agency
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 1739

I, Robert Brehm 70242-004, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☑ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  FCI edgefield P.O. Box 725 SC 29824

   Are you employed at the institution?  ✓   Do you receive any payment from the institution?  Y

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $24.00 a month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments       ☐ Yes    ☑ No
   e. Gifts or inheritances                             ☑ Yes    ☐ No
   f. Any other sources                                 ☐ Yes    ☑ No

RECEIVED
SEP 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

AO 240 (Rev. 9/96)

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

    If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

*none*

I declare under penalty of perjury that the above information is true and correct.

9/8/07
Date                                               Signature of Applicant

AO 240 Reverse (Rev. 9/96)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**FEDERAL BUREAU OF PRISONS**

**TRUFACS**

**Inmate Inquiry**

| Inmate Reg #: | 7024 2004 | Current Institution: | |
| Inmate Name: | BREHM, ROBERT | Housing Unit: | |
| Report Date: | 08/28/2007 | Living Quarters: | |
| Report Time: | 2:52:41 PM | | |

- Inmate Inquiry
- Administrative Holds
- All Transactions
- Controlled Items
- Debt History
- Deposits
- FRP Payment History
- Inmate Statement
- Outstanding Neg Instr
- Phone Info
- Phone Transfers
- Serial Num. Tracking
- Withdrawals
- All Deposits
- All Withdrawals
- Indigent Inmates
- OTC Med Qualified-HU
- OTC Med Qualified-LQ
- OTC Med Qualified-R

General Information | Account Balances | Commissary History | Commissary Restrictions | Comm

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7032 |
| PAC #: | 632836661 |
| FRP Participation Status: | Participating |
| Arrived From: | RCH |
| Transferred To: | |
| Account Creation Date: | 10/14/2003 |
| Local Account Activation Date: | 5/3/2006 4:54:18 AM |
| Sort Codes: | |
| Last Account Update: | 8/27/2007 11:24:11 AM |
| Account Status: | Active |
| Phone Balance: | $0.47 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

### Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $495.16 |
| National 6 Months Withdrawals: | $495.16 |