**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ____Columbia____

TO:
U. S. Attorney General
950 Pa. Ave., NW
Washington, DC 20530

Civil Action, File Number ~~CA-07-1739-RMU~~

____Robert Brehm____
V.
____Department of Defense, et al____

The enclosed summons and complaint are served pursuant to the Federal [Rules of Civil Procedure].

You **MUST COMPLETE** the acknowledgment part of this form below, [within ___] days. An envelope has been enclosed for this purpose. Keep copy 3 for your [records].

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON AL[L COPIES]. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indic[ate]... you are served on behalf of another person and you are authorized to receive proces[s]...

If you do not complete and return copies 1 and 2 of this form to the sender [within ___ days, you (or the party on whose behalf you] are being served) may be required to pay any expenses incurred in serving a summ[ons].

If you do complete and return copies 1 and 2 of this form, you (or the party [on whose behalf you are being served) must answer the] complaint within ___ days of the date those documents were sent. If you fail to do [so, judgment by default will be taken against you for the] relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgmen[t of Receipt of Summons and Complaint By Mail was] mailed on this date.

Date of Signature: __10-1-2007__

---

ACKNOWLEDGMENT OF RECEIPT OF SUMMO[NS AND COMPLAINT]

I declare, under penalty of perjury, that I received a copy of the summons a[nd of the complaint...]

Str[eet]
Ci[ty]

Signature _____

Relationship to Entity/Authority to Receive _____

Service of Process _____

Date of Signature _____

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)