UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BREHM | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1739 (RMU) |
| | ) |
| UNITED STATES DEPARTMENT OF DEFENSE | ) |
| | ) |
| and | ) |
| | ) |
| CENTRAL INTELLIGENCE AGENCY | ) |
| | ) |
| Defendants. | ) |

**PRAECIPE**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov