UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BREHM )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE )<br>)<br>and )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>  Defendants. )<br>_____ ) | Civil Action No. 07-1739 (RMU) |

## DEFENDANTS' ANSWER

Defendants, United States Department of Defense (DoD) and Central Intelligence Agency (CIA) by and through counsel, hereby answer the Complaint as follows:

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendants actions with respect to any FOIA claims in this case were in full compliance with law and regulation.

### THIRD DEFENSE

Defendants deny each and every allegation contained in the Complaint except as hereinafter may be expressly and specifically admitted.

Defendant responds to the separately numbered paragraphs and prayers for relief as

1

follows:

1. <u>Jurisdiction</u>

The First numbered paragraph of plaintiff's Complaint which is set forth under the heading of "Jurisdiction" contains plaintiff's legal conclusion as to the jurisdiction of the Court to which no response is required. However, to the extent that a response is required, defendants deny that any of the statutory citations listed by the plaintiff are appropriate.

<u>Parties</u>

2. Admit.

3. Admit.

<u>Factual Allegations</u>

4. Paragraph 4 with sub-paragraphs (a)-(c) contains allegations about which defendants lack knowledge or information sufficient to form a belief as to the truth of; to the extent an answer is required, denied.

5. Paragraph 5 contains allegations about which defendants lack knowledge or information sufficient to form a belief as to the truth; to the extent an answer is required, denied.

6. Paragraph 6 contains plaintiff's characterization of this action and legal conclusions to which no response is required. Defendant CIA further avers that plaintiff's FOIA request was properly processed and resulted in a 'no records' response and defendant DOD further avers that it has no record of receiving a request for information from plaintiff.

7. Paragraph 7 with sub-paragraphs (I-III) contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed to be required, deny.

The remaining paragraphs of plaintiff's Complaint contain his prayer for relief, to which no response is required. To the extent a response is required, defendants deny that plaintiff is entitled to the relief sought in the Complaint, or to any relief whatsoever.

  The defendants deny each and every allegation made in this Complaint not expressly admitted herein.

               Respectfully submitted,

               _____
                JEFFREY A. TAYLOR, BAR # 498610
               United States Attorney


               _____
               RUDOLPH CONTRERAS, Bar # 434122
               Assistant United States Attorney


               _____
               BENTON G. PETERSON,  Bar #1029849
               Assistant United States Attorney
               Judiciary Center Building
               555 4th Street, N.W.  Civil Division
               Washington, D.C.  20530
               (202) 514-7238 514-8780 (Facsimile)
               Benton.Peterson@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this _____ day of _____, a true and correct copy of the above and foregoing Defendants' Answer was mailed, first class, postage prepaid to:

Robert Brehm
FCI- Edgefield
P.O. Box 725
Edgefield, SC 29824

 

                                             _____
                                             BENTON G. PETERSON
                                             Assistant United States Attorney
                                             555 Fourth Street, N.W.,
                                             Washington, D.C.  20530
                                             202-514-7238