UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT BREHM )
)
Plaintiff )
)
V )  CIVIL ACTION No. 07 1739 RMU
)
DEPRTMENT OF DEFENSE )
CENTRAL INTELLIGENCE AGENCY )
)
Defendant's )

## MOTION FOR PSYCHATRIC EXAMINATION OF PLAINTIFF

due to the inability of the Plaintiff's Present facility to adequately To Treat his mental illness it is necessary to insure Due Process of Law.

Pursuant to Rule 35 Federal Rule of Procedure Plaintiff moves that this court order ROBERT BREHM to a Psychatric Examination for a Period of forty five (45) days to be hospitalized at a medical facility within the Bureu of Prisons

Respectfully submitted

Robert Brehm
70242-004
FCI edgefield
P.O. Box 725
Edgefield, SC 29824

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was furnished by U.S. mail this 6 day of march 2008 to Scott Koch information and Privacy coordinaater central Intelligence Agency washington D.C. 20505

MAR 10 2008