UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BREHM<br><br>Plaintiff<br><br>V<br><br>DEPARTMENT OF DEFENSE<br>CENTRAL INTELLIGENCE AGENCY<br><br>Defendants | RECEIVED<br>APR 0 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 07 1739 RMU |

## MOTION FOR IN CAMERA INSPECTION OF DEFENDANT'S COMPLETE AND UNREDACTED RECORDS FOR ANY REASONABLY SEGREGABLE PORTION OF RECORDS

Now comes the Plantiff ROBERT BREHM pro se and respectfully moves this court for complete and unredacted records of DEFENDANTS to be inspected in camera for any reasonably segregable portion of records to be released.
Of particular interest the cradle to grave program.

# CERTIFICATE OF SERVICE

this is to certify that on this 1 day of April 2008 a copy of the foregoing was sent by first class mail to scott Koch information and privacy coordinator central intelligence Agency washington, DC 20505

Robert Brehm

